IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EXPANDED TECHNOLOGIES, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WALLNER TOOLING/EXPAC, INC. )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.:<br>1:14-CV-1421-RWS |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED MEMORANDUM OF LAW

Defendant Wallner Tooling/Expac Inc. ("Wallner"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's Local Rule 7.1, moves the Court for an extension of time to answer or otherwise respond to Plaintiff Expanded Technologies, Inc.'s Complaint to and through July 3, 2014. As set forth below, there is good cause for the extension, and Plaintiff's counsel has consented to the extension.

In support if this Motion, Defendant shows the Court as follows:

1. Plaintiff filed its Complaint on May 9, 2014.

2. The original time for Defendant to answer or otherwise respond to Plaintiff's Complaint has not expired. See Fed. R. Civ. P. 6(b).

3. Plaintiff's counsel has consented to the requested extension.

WHEREFORE, Defendant Wallner respectfully requests that the time for responding to Plaintiff's Complaint be extended to and through July 3, 2014.

This 3rd day of June, 2014.

/s/ *Douglas D. Salyers*
Douglas D. Salyers
Georgia Bar No. 623425
Puja R. Patel
Georgia Bar No. 320796
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308-2216
douglas.salyers@troutmansanders.com
puja.patel@troutmansanders.com
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

G. Warren Bleeker (*pro hac vice* to be filed)
Christie Parker & Hale, LLP
655 North Central Avenue, Suite 2300
Glendale, California  91203
warren.bleeker@cph.com
Telephone: (626) 795-9900

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman, 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

> TROUTMAN SANDERS LLP
>
> /s/ *Douglas D. Salyers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2014, I electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED MEMORANDUM OF LAW with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Henry M. Quillian III
hquillian@taylorenglish.com

Jeffrey R. Kuester
jkuester@taylorenglish.com

Coby S. Nixon
cnixon@taylorenglish.com

TROUTMAN SANDERS LLP

*/s/ Douglas D. Salyers*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EXPANDED TECHNOLOGIES, INC. )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>WALLNER TOOLING/EXPAC, INC. )<br> )<br>Defendant. ) | CIVIL ACTION FILE NO.:<br>1:14-CV-1421-RWS |

# **[PROPOSED] ORDER**

With the consent of the parties and for good cause shown, the time within which the Defendant may respond to the Complaint in this case is extended to and including July 3, 2014.

So ordered this ___ day of June, 2014.

_____
The Honorable Richard W. Story
United States District Judge
Northern District of Georgia